UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TWANDA FINCHER,

               Plaintiff,

-against-

CITY OF NEWBURGH, et al.,

               Defendants.

**ORDER**

22-CV-10590 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for a telephonic conference on January 16, 2024. As discussed on the record: (i) the deadline to complete fact discovery is extended to February 28, 2024; (ii) the deadline to complete expert and all discovery is extended to April 15, 2024; and (iii) the case management conference currently scheduled for April 3, 2024 is rescheduled to May 9, 2024 at 2:30 p.m. in Courtroom 520 of the White Plains courthouse.

                                                SO ORDERED:

Dated:   White Plains, New York
           January 16, 2024

                                                PHILIP M. HALPERN
                                                United States District Judge