Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Thomas J. Cummings
Tinamarie Fisco
Nicholas Tarkazikis
Michael P. Towey

*Of Counsel*
David L. Posner
Ellen L. Baker

McC&M

McCABE &
ATTORNE

mcc

Application granted. The conference scheduled for April 15, 2024 is adjourned to May 6, 2024 at 3:00 p.m. The conference will be held in-person in Courtroom 520 of the White Plains courthouse.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 51.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        April 8, 2024

**Direct Dial: (845) 486-6894**
E-mail: klee@mccm.com

April 5, 2024

**VIA ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY  10601

RE:    Fincher v. City of Newburgh
       7:22-cv-10590 (PMH)(JCM)
       Our File No. 16380-49

Dear Judge Halpern:

I am in receipt of your notice scheduling a conference for April 15, 2024 at 10:00 a.m. with regard to the above matter.

I would respectfully request an adjournment of this conference as I will be out of the country from April 15, 2024 to April 26, 2024.

Respectfully yours,

McCABE & MACK LLP

KIMBERLY HUNT LEE

KHL/dmf
cc:    Jonathan R. Goldman, Esq./Sussman & Goldman