

Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Matthew V. Mirabile
Kimberly Hunt Lee
Thomas J. Cummings
Tinamarie Fisco
Nicholas Tarkazikis

*Of Counsel*
David L. Posner
Ellen L. Baker
Richard J. Olson
Hon. Albert M. Rosenblatt
James Kimmel
James E. Nelson, Jr.

John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
*1998*
*5-1981*
*86-2022*

Direct Dial: (845) 486-6894
E-mail: klee@mccm.com
May 6, 2024

> Application granted. The discovery conference scheduled for May 6, 2024 is adjourned to May 30, 2024 at 12:30 p.m. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 57).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> May 6, 2024

**VIA ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY  10601

RE:   Fincher v. City of Newburgh
      7:22-cv-10590 (PMH)(JCM)
      Our File No. 16380-49

Dear Judge Halpern:

We respectfully submit this joint response to the Court's May 3, 2024 Order.  At the outset, the parties note that we have a settlement conference on Thursday with Magistrate McCarthy, and if the court would agree, we would ask that today's conference be adjourned until after the settlement conference so as not to waste the court's time in the event of a settlement, which the parties reasonably expect.

The parties continue to dispute the scope and extent of the defendants' production of documents relating to other instances of use of force by City of Newburgh police officers.  Specifically, defendants take the position that they need only produce records relating to incidents where an officer displayed or used a firearm or other means of deadly force.  Plaintiff takes the position that, since defendant's counsel has already obtained and reviewed records relating to all uses of force during the relevant time period, all such records should be turned over so that plaintiff may review and have opportunity to argue the relevancy of instances not specifically involving a police firearm. As the court may be aware this case alleges excessive force in the police shooting of Mr. Fincher.

The parties are optimistic about the prospects of resolving this matter at the settlement conference this week and, as such, perhaps our discovery conference with Your Honor should adjourned to a date after May 9. If the matter resolves on the 9th, we will immediately notify the court.

Respectfully yours,

McCABE & MACK LLP

KIMBERLY HUNT LEE
KHL/dmf
cc:     Jonathan R. Goldman, Esq./Sussman & Watkins

63 Washington Street, P.O. Box 509, Poughkeepsie, NY 12602-0509  |  **845-486-6800**  |  fax: 845-486-7621