UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TWANDA FINCHER,

                Plaintiff,

-against-

CITY OF NEWBURGH, et al.,

                Defendants.

**ORDER**

22-CV-10590 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within one hundred (100) days of this Order. Any application to reopen filed after one hundred (100) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences in this matter are CANCELED.

                                              **SO ORDERED:**

Dated:  White Plains, New York
           May 10, 2024

                                              PHILIP M. HALPERN
                                              United States District Judge