

372 South Plank Road, Suite 2
Newburgh, New York 12550
Main: (845) 534-6472
Fax: (845) 579-3064
www.jrgoldmanlaw.com

Jonathan R. Goldman, Esq.
Direct Ext: 1001
Email: jgoldman@jrgoldmanlaw.com

**VIA ECF**

April 14, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *Fincher v. City of Newburgh*
             No. 22-cv-10590 (PMH)(JCM)

Dear Judge Halpern,

      This office is of counsel to Sussman & Associates, which represents the plaintiff in the above-referenced matter. By Order dated January 15, 2025, the Court extended the deadline to seek to reopen this matter to and including April 15, 2025 (ECF No. 67). Unfortunately, the Surrogate Court proceeding seeking approval of the settlement remains pending. As such, I am respectfully requesting that the deadline to seek to reopen be extended again, by 90 days, to and including July 15, 2025, and I thank the Court kindly for its consideration of this request.

                             Respectfully submitted,

                             */s/ Jonathan R. Goldman*

                             Jonathan R. Goldman

cc: All counsel of record (via ECF)