

372 South Plank Road, Suite 2
Newburgh, New York 12550
Main: (845) 534-6472
Fax: (845) 579-3064
www.jrgoldmanlaw.com

Jonathan R. Goldman, Esq.
Direct Ext: 1001
Email: jgoldman@jrgoldmanlaw.com

> Application granted. The parties' time to file an application to restore the action is extended to December 15, 2025.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 72.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 15, 2025

**VIA ECF**

October 14, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Fincher v. City of Newburgh, et al.*
No. 22-cv-10590 (PMH)(JCM)

Dear Judge Halpern,

    This office is of counsel to Sussman & Associates, which represents the plaintiff in the above-referenced matter. By Order dated July 15, 2025 (ECF No. 71), the Court extended the deadline to seek to restore this matter to and including October 15, 2025. I write to respectfully request another extension of this deadline. By way of update, I appeared in Orange County Surrogate's Court on October 8, 2025, and it appears that everything is in order. I expect that the Surrogate's Court will issue its Decree soon, at which time the parties can finalize the settlement. Accordingly, I respectfully request that the deadline to seek to reopen be extended again, by 60 days, to and including December 15, 2025, and I thank the Court for its consideration of this request and for its patience in this matter.

Respectfully submitted,

*/s/ Jonathan R. Goldman*

Jonathan R. Goldman, Esq.

cc: All counsel of record (By ECF)